| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 116910 | DATE 03/04/2021 |
|---|---|---|---|---|
| **NAME** WILLIAMS, Eric Christopher | **OFFICER** Lamara H. Werts | | **JUDGE** Matthew F. Leitman | **DOCKET #** 15-CR-20106-16 |

| **ORIGINAL SENTENCE DATE** 06/13/2016 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 23 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 11/08/2019 | | | | |
| **EXPIRATION** 11/07/2022 | | | | |
| **ASST. U.S. ATTORNEY** Doug Salzenstein | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 6: 18 U.S.C. § 1951(a), Conspiracy to Interfere With Commerce by Robbery

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 57 months (sentence shall run concurrent with pending violation in Pennsylvania), to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Marianne O. Battani. Case transferred administratively to Honorable Matthew F. Leitman.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall make monthly installment payments on any remaining balance of the restitution at a rate and schedule recommended by the probation department and approved by the Court.
2. The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.
3. The defendant shall provide the probation officer access to any requested financial information.
4. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
5. The defendant shall enroll and participate in a Cognitive Behavior Therapy program (CBT) as approved by the probation officer, if necessary.

Criminal Monetary Penalties: Special Assessment $100.00 (paid), Restitution (joint and several) $306,649.55 ($305,299.55 balance).

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 116910 | DATE 03/04/2021 |
|---|---|---|---|---|
| NAME WILLIAMS, Eric Christopher | OFFICER Lamara H. Werts | JUDGE Matthew F. Leitman | | DOCKET # 15-CR-20106-16 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition 1:** "THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER." |

On March 1, 2021, a social media search of WILLIAMS revealed he traveled outside of the Eastern District of Michigan. Noted below are the dates and locations he traveled gathered from Instagram (IG).

According to IG post dated July 18, 2020, WILLIAMS was photographed in a parking lot with automobiles bearing Texas license plates. According to IG post dated July 20, 2020, WILLIAMS was photographed in a parking lot with a "Mission Construction. L. P." sign hanging in the background. Mission Construction is a Texas-based construction company.

According to IG post dated September 25, 2020, WILLIAMS was photographed with cactus, a body of water and mountains covered in greenery. This type of landscape does not exist in Michigan.

According to IG post dated December 12, 2020, WILLIAMS was photographed on a boat, wearing shorts. According to IG post dated December 15, 2020 there is a photograph on his Instagram page with the comment from him "fire dancing in Hawaii." On December 15, 2020, there is another photo of him taken outside surrounded by a pool, hot tub and palm trees.

According to IG post dated February 6, 2021, WILLIAMS was photographed outside of Raymond James Stadium, located in Tampa Florida. According to IG post dated February 7, 2021, Super Bowl Sunday, WILLIAMS was photographed inside Raymond James Stadium, surrounding by fans and the teams on the field.

| 2 | **Violation of Standard Condition 5:** "THE DEFENDANT SHALL WORK REGULARY AT A LAWFUL OCCUPATION, UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, TRAINING, OR OTHER ACCEPTABLE REASONS." |

Since the inception of supervision, WILLIAMS has struggled to maintain regular employment. WILLIAMS was employed with Decoy Salon, which he secured while he was completing his custodial term in the Residential Re-entry Center (RRC). In December 2019, WILLAIMS ended that employment and began working for Michigan Cleaning Group. He was laid off in March of 2020 and has failed to gain full-time employment to date. WILLIAMS stated that he only wants to do certain things and does not want to stand on his feet all day.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 116910 | DATE 03/04/2021 |
|---|---|---|---|---|
| **NAME** WILLIAMS, Eric Christopher | | **OFFICER** Lamara H. Werts | **JUDGE** Matthew F. Leitman | **DOCKET #** 15-CR-20106-16 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Lamara H. Werts/djl 313-234-5447 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313-234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a warrant

[ ]  Other

s/Matthew F. Leitman
United States District Judge

3/9/2021
Date

Page **3** of **3**