MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

      v.

WILLIAMS, Eric Christopher            Crim. No.:  15-CR20106-16

On 03/09/2021 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 03/24/2021, and the Court made the following findings:

  X   Guilty of violating conditions of supervision.  The following special condition of supervision is added.

    You will be monitored by the form of location monitoring technology indicated below for a period of eight consecutive months, and you must follow the rules and regulations of the location monitoring program. Costs of monitoring is waived.

     _X_  GPS Monitoring (including hybrid GPS)

     X  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention).

     X  Home Detention:  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities as pre-approved by the probation officer.

                                        Respectfully submitted,

                                        s\Lamara H. Werts  
                                        United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions (including the home detention and GPS monitoring conditions added and described above), remain in effect. The Court waives the costs of the GPS monitoring. Finally, WILLIAMS shall be released from Midland County Jail immediately.

Dated this 25th Day of March, 2021.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge